Darryl ALLMOND, Plaintiff—Appellant,

v.

SECTION 8 DEPARTMENT OF HOUSING; John Tyler; John Turner; Bruce Hanneman; Brian O'Malie; Sandhu; Jim Hall; Michael Finkle; Paula Sampson, Defendants—Appellees.

No. 03–2307.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 25, 2004.

Decided March 9, 2004.

Darryl Allmond, Appellant pro se. Cynthia Lee Tianti, County Attorney's Office, Fairfax, Virginia, for Appellees.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Darryl Allmond appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.

See Allmond v. Section 8 Dep't of Housing, No. CA–03–894 (E.D. Va. filed Sept. 25, 2003 & entered Sept. 30, 2003; Oct. 8, 2003). We also find that the district court properly denied Allmond's motion for substitution and decided the case without oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*